IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02600-CMA-MJW

KEITH FRAZIER,

Plaintiff(s),

v.

P. FLORES, 2 Unit Manager, CCCF,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that defendant's Motion for Clarification or for Extension (Docket No. 22) is granted to the extent that defendant Flores shall have up to and including January 27, 2015, to answer or otherwise respond to the Amended Complaint. The court notes that the Status Conference remains set on January 15, 2015, at 1:30 p.m.

Date: January 7, 2015