**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02600-CMA-MJW

KEITH FRAZIER,

     Plaintiff,

v.

P. FLORES, 2 Unit Manager, CCCF,

     Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting and Affirming May 19, 2015 Recommendation of United States Magistrate Judge of Judge Christine M. Arguello entered on June 11, 2015 it is

ORDERED that Plaintiff's Objection (Doc. 37) is OVERRULED.  It is

FURTHER ORDERED that the Recommendation of United States Magistrate Judge Watanabe (Doc. 34) is AFFIRMED and ADOPTED as an order of this Court. Pursuant to the Recommendation, it is

FURTHER ORDERED that Defendant's Motion to Dismiss (Doc. # 25) is GRANTED.  It is

FURTHER ORDERED that Plaintiff's claims are DISMISSED WITH PREJUDICE,

and this case is DISMISSED in its entirety

DATED: July 11, 2015

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   V. Barnes

V. Barnes
Deputy Clerk